## DOUGLAS EVANUSKA ET AL. *v.* CITY OF DANBURY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 99 Conn. App. 42 (AC 27263), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the workers' compensation review board's decision affirming the workers' compensation commissioner's decision that the plaintiffs were not engaged in 'fire duties,' as defined in General Statutes § 7-314 (a), when they were injured while repairing their station house roof?"

The Supreme Court docket number is SC 17850.

*Jonathan H. Dodd*, in support of the petition.

Decided February 28, 2007

## STATE OF CONNECTICUT *v.* RONALD N. RIVET

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 230 (AC 27819), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*Lawrence J. Tytla*, supervisory assistant state's attorney, in opposition.

Decided February 28, 2007